# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re: HBUILT INC., A CALIFORNIA CORPORATI § Case No. 19-41350-WJL
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Marlene G. Weinstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $18,501.88         Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $27,459.84      Claims Discharged
                                                  Without Payment: N/A

Total Expenses of Administration: $17,640.16

---

3) Total gross receipts of $ 45,100.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $45,100.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

Case: 19-41350    Doc# 28    Filed: 10/05/20    Entered: 10/05/20 10:21:37    Page 1 of 8

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,036,535.32 | $1,328,482.08 | $1,328,482.08 | $27,459.84 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 17,640.16 | 17,640.16 | 17,640.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 350,575.40 | 259,668.44 | 259,668.44 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 33,677.72 | 2,035,567.67 | 1,996,944.67 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,420,788.44 | $3,641,358.35 | $3,602,735.35 | $45,100.00 |

4) This case was originally filed under Chapter 7 on June 10, 2019. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/21/2020   By: /s/Marlene G. Weinstein
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| A/R 90 days old or less. Face amount = $66,900.0 | 1129-000 | 25,100.00 |
| Estate funds held by 3rd party | 1229-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$45,100.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Department of the Treasury | 4300-000 | 1,036,535.32 | 1,328,482.08 | 1,328,482.08 | 27,459.84 |
| 6S | Internal Revenue Service | 4300-000 | N/A | | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,036,535.32** | **$1,328,482.08** | **$1,328,482.08** | **$27,459.84** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Marlene G. Weinstein | 2100-000 | N/A | 5,260.00 | 5,260.00 | 5,260.00 |
| Trustee Expenses - Marlene G. Weinstein | 2200-000 | N/A | 13.25 | 13.25 | 13.25 |
| Other - Rincon Law, LLP | 3210-000 | N/A | 3,630.00 | 3,630.00 | 3,630.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Bachecki, Crom & Co., LLP, CPA's | 3410-000 | N/A | 7,856.00 | 7,856.00 | 7,856.00 |
| Other - Bachecki, Crom & Co., LLP, CPA's | 3420-000 | N/A | 27.90 | 27.90 | 27.90 |
| Other - Franchise Tax Board | 2820-000 | N/A | 800.00 | 800.00 | 800.00 |
| Other - International Sureties, LTD. | 2300-000 | N/A | 17.63 | 17.63 | 17.63 |
| Other - Mechanics Bank | 2600-000 | N/A | 35.38 | 35.38 | 35.38 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$17,640.16** | **$17,640.16** | **$17,640.16** |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Department of the Treasury | 5800-000 | N/A | 118,303.00 | 118,303.00 | 0.00 |
| 2 | State of California | 5800-000 | 228,726.43 | 63,622.27 | 63,622.27 | 0.00 |
| 3P | FRANCHISE TAX BOARD | 5800-000 | 32,611.85 | 53,503.49 | 53,503.49 | 0.00 |
| 4P | Employment Development Department | 5800-000 | 59,110.69 | 24,239.68 | 24,239.68 | 0.00 |
| 6P | Internal Revenue Service | 5200-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | Julio Bravo Mendez | 5800-000 | 369.97 | N/A | N/A | 0.00 |
| NOTFILED | Luis German Cruz Cruz | 5800-000 | 769.84 | N/A | N/A | 0.00 |
| NOTFILED | Julio Moreno | 5800-000 | 527.53 | N/A | N/A | 0.00 |
| NOTFILED | Juan Perez P | 5800-000 | 816.61 | N/A | N/A | 0.00 |
| NOTFILED | Wilber Mercado | 5800-000 | 1,437.46 | N/A | N/A | 0.00 |
| NOTFILED | Jose Vargas | 5800-000 | 853.39 | N/A | N/A | 0.00 |
| NOTFILED | Jose Nectaly Gutierrez Bonilla | 5800-000 | 635.84 | N/A | N/A | 0.00 |
| NOTFILED | Jose Huato | 5800-000 | 1,332.59 | N/A | N/A | 0.00 |
| NOTFILED | Jose M. Munoz | 5800-000 | 463.01 | N/A | N/A | 0.00 |
| NOTFILED | Jose Dagaberto Cordova | 5800-000 | 472.75 | N/A | N/A | 0.00 |
| NOTFILED | Mario Resendiz Sanchez | 5800-000 | 896.05 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Rene Espinoza Mesia | 5800-000 | 1,233.43 | N/A | N/A | 0.00 |
| NOTFILED | Valentin Gomez Quirino | 5800-000 | 1,128.42 | N/A | N/A | 0.00 |
| NOTFILED | Sergio Martinez Ramirez | 5800-000 | 1,522.43 | N/A | N/A | 0.00 |
| NOTFILED | Moises Mata | 5800-000 | 1,320.09 | N/A | N/A | 0.00 |
| NOTFILED | Martin Barrera | 5800-000 | 652.06 | N/A | N/A | 0.00 |
| NOTFILED | Maximo Carson Bravo | 5800-000 | 867.02 | N/A | N/A | 0.00 |
| NOTFILED | Victor A. Alfaro Villa | 5800-000 | 691.88 | N/A | N/A | 0.00 |
| NOTFILED | Jose Antonio Vargas Duran | 5800-000 | 1,596.13 | N/A | N/A | 0.00 |
| NOTFILED | Volentin Gonzalez | 5800-000 | 690.92 | N/A | N/A | 0.00 |
| NOTFILED | Marcos Izazaga Ambriz | 5800-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jesse David Moreno | 5800-000 | 474.11 | N/A | N/A | 0.00 |
| NOTFILED | JilberthoTorres | 5800-000 | 826.60 | N/A | N/A | 0.00 |
| NOTFILED | Adrian Romero Santos | 5800-000 | 775.72 | N/A | N/A | 0.00 |
| NOTFILED | Agustin M. Ramirez | 5800-000 | 2,382.34 | N/A | N/A | 0.00 |
| NOTFILED | Alberto Soltero | 5800-000 | 1,534.40 | N/A | N/A | 0.00 |
| NOTFILED | Ernesto Zavala | 5800-000 | 616.61 | N/A | N/A | 0.00 |
| NOTFILED | Gerardo Villalobos | 5800-000 | 479.59 | N/A | N/A | 0.00 |
| NOTFILED | Alvaro R. Tirado | 5800-000 | 900.70 | N/A | N/A | 0.00 |
| NOTFILED | Domingo Romero | 5800-000 | 1,356.69 | N/A | N/A | 0.00 |
| NOTFILED | Francisco Salazar Padilla | 5800-000 | 1,269.02 | N/A | N/A | 0.00 |
| NOTFILED | Diego Suarez | 5800-000 | 1,233.23 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $350,575.40 | $259,668.44 | $259,668.44 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Department of the Treasury | 7100-000 | N/A | 25,553.16 | 1,379.78 | 0.00 |
| 3U | FRANCHISE TAX BOARD | 7300-000 | N/A | 10,093.80 | 10,093.80 | 0.00 |
| 4U | Employment Development Department | 7100-000 | N/A | 13,069.84 | 920.00 | 0.00 |
| 5 | City Ventures Construction, Inc. | 7100-000 | N/A | 1,948,227.87 | 1,948,227.87 | 0.00 |
| 6U | Internal Revenue Service | 7300-000 | N/A | N/A | 0.00 | 0.00 |
| 1SUB | Department of the Treasury | 7300-000 | N/A | 25,553.16 | 24,173.38 | 0.00 |
| 4SUB | Employment Development Department | 7300-000 | N/A | 13,069.84 | 12,149.84 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Central Valley Builders Supply | 7100-000 | 6,121.22 | N/A | N/A | 0.00 |
| NOTFILED | Complete Payment Recovery Service | 7100-000 | 1,370.09 | N/A | N/A | 0.00 |
| NOTFILED | D&D Lift Inc. | 7100-000 | 2,781.74 | N/A | N/A | 0.00 |
| NOTFILED | Concentra | 7100-000 | 810.19 | N/A | N/A | 0.00 |
| NOTFILED | RGW Equipment | 7100-000 | 17,360.11 | N/A | N/A | 0.00 |
| NOTFILED | McCord Heavy Haul Inc. | 7100-000 | 3,247.50 | N/A | N/A | 0.00 |
| NOTFILED | Allied Storage Containers | 7100-000 | 1,986.87 | N/A | N/A | 0.00 |
| NOTFILED | Ace Cash Express | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $33,677.72 | $2,035,567.67 | $1,996,944.67 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-41350-WJL  **Trustee:** (001780) Marlene G. Weinstein
**Case Name:** HBUILT INC., A CALIFORNIA CORPORATI  **Filed (f) or Converted (c):** 06/10/19 (f)
**§341(a) Meeting Date:** 07/16/19
**Period Ending:** 09/21/20  **Claims Bar Date:** 11/06/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Cash on hand  Secured by IRS tax lien | 195.00 | 0.00 | | 0.00 | FA |
| 2  Checking Account at US Bank  Secured by IRS tax lien | 2,656.88 | 0.00 | | 0.00 | FA |
| 3  A/R 90 days old or less. Face amount = $66,900.0  Subjec to IRS tax lien; $41,800 levied by IRS prior to filing | 66,900.00 | 25,100.00 | | 25,100.00 | FA |
| 4  Computer and printer.  Secured by IRS tax lien | 650.00 | 0.00 | | 0.00 | FA |
| 5  Various small handtools.  Secured by IRS tax lien | 15,000.00 | 0.00 | | 0.00 | FA |
| 6  Estate funds held by 3rd party (u)  Subject to IRS tax lien | 0.00 | 20,000.00 | | 20,000.00 | FA |
| **6 Assets** Totals (Excluding unknown values) | **$85,401.88** | **$45,100.00** | | **$45,100.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

02/17/20 - fee apps, then TFR
12/16/19 - prepare and file final tax returns, then fee apps and TFR
08/08/19 - wait for claims bar date (11/6/2019)
08/08/19 - requested claims bar date
07/08/19 - investigate debtor's finances and principal's chapter 13 filing
07/08/19 - consult with accountant and counsel re: retention

**Initial Projected Date Of Final Report (TFR):** April 30, 2019   **Current Projected Date Of Final Report (TFR):** May 4, 2020 (Actual)

Exhibit 9

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 19-41350-WJL  
**Case Name:** HBUILT INC., A CALIFORNIA CORPORATI  

**Taxpayer ID #:** **-***2284  
**Period Ending:** 09/21/20  

**Trustee:** Marlene G. Weinstein (001780)  
**Bank Name:** Mechanics Bank  
**Account:** ******0066 - Checking Account  
**Blanket Bond:** $103,862,572.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/15/19 | {6} | Dennis Harrison | Turnover of estate funds | 1229-000 | 20,000.00 | | 20,000.00 |
| 07/15/19 | {3} | 1446 Fifth Streete LLC | A/R - Invoice #1193 | 1129-000 | 25,100.00 | | 45,100.00 |
| 02/05/20 | 101 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/05/2020 FOR CASE #19-41350, Bond #016048574 (2020-2021) | 2300-000 | | 17.63 | 45,082.37 |
| 02/05/20 | 102 | Franchise Tax Board | Ref # 2020 FORM 100-ES - FEIN: 46-4272284 | 2820-000 | | 800.00 | 44,282.37 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 35.38 | 44,246.99 |
| 07/07/20 | 103 | Marlene G. Weinstein | Dividend paid 100.00% on $13.25, Trustee Expenses; Reference: | 2200-000 | | 13.25 | 44,233.74 |
| 07/07/20 | 104 | Marlene G. Weinstein | Dividend paid 100.00% on $5,260.00, Trustee Compensation; Reference: | 2100-000 | | 5,260.00 | 38,973.74 |
| 07/07/20 | 105 | Bachecki, Crom & Co., LLP, CPA's | Dividend paid 100.00% $7,856.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 7,856.00 | 31,117.74 |
| 07/07/20 | 106 | Bachecki, Crom & Co., LLP, CPA's | Dividend paid 100.00% on $27.90, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 27.90 | 31,089.84 |
| 07/07/20 | 107 | Rincon Law, LLP | Dividend paid 100.00% on $3,630.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 3,630.00 | 27,459.84 |
| 07/07/20 | 108 | Department of the Treasury | Dividend paid 2.06% on $1,328,482.08; Claim# 1S; Filed: $1,328,482.08; Reference: XX-XXX2284 | 4300-000 | | 27,459.84 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 45,100.00 | 45,100.00 | $0.00 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | **Subtotal** | 45,100.00 | 45,100.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$45,100.00** | **$45,100.00** | |

| Net Receipts : | 45,100.00 |
|---|---|
| Net Estate : | $45,100.00 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******0066 | 45,100.00 | 45,100.00 | 0.00 |
| | $45,100.00 | $45,100.00 | $0.00 |